# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2018

157451 & (3)(6)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* ANONYMOUS JUDGE

SC: 157451
JTC Grievance No.
2018-23004

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

On order of the Court, the Judicial Tenure Commission having filed a motion to withdraw the petition for interim suspension, the motion is GRANTED. The motion for immediate consideration of the petition is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2018 _____

a0501



Clerk